CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 13 2014

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| UHURU-SEKOU OBATAIYE-ALLAH, | ) | CASE NO. 7:14CV00159 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| HAROLD CLARK, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motions to amend and for interlocutory injunctive relief (ECF Nos. 8 & 10) are **DENIED**.

ENTER: This 13th day of May, 2014.

_____
Chief United States District Judge